SPIVEY HILL, Appellant, v. HENRIETTA BACHRACH, Respondent, Impleaded with Others.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES HEALY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Estate Tax on the Estate of MARY MOORE LAGERGREN, Deceased. STATE TAX COMMISSION, Appellant; BENJAMIN MOORE and WM. MASON SMITH, Executors, Respondents.— Order, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HARRY BITTERMAN, Appellant, v. FRANK RUBENSTEIN STORES CORP., a Louisiana Corporation, and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HERBERT E. MEYER, as a Policyholder and in Behalf of All Other Policyholders Similarly Situated Who Shall Choose to Become Parties to this Action, Appellant, v. WILLIAM ROBERTS and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

OTTO FRANK, Suing on Behalf of Himself and All Other Stockholders, on Behalf of NIAGARA HUDSON POWER CORPORATION and of NORTHERN NEW YORK UTILITIES, INC., Respondent, v. FLOYD L. CARLISLE and Others, Appellants, Impleaded with Others.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MACANDREWS & FORBES COMPANY, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM STEVENS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of JOSEPHINE B. CAMPBELL, as an Executor and Trustee, etc., of JOHN J. CAMPBELL, Deceased, for a Determination as to the Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of JOHN J. CAMPBELL, Deceased. JOSEPHINE B. CAMPBELL, Petitioner, Appellant; JOHN J. CAMPBELL, JR., and Others, Respondents.— Decree unanimously affirmed, with costs to respondents John J. Campbell, Jr., and Marie C. Sinclaire, as executors, etc., payable out of the estate. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.